UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRISTIAN IVAN FAJARDO TORRES,
Petitioner,
v.
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,
Respondents.

Case No. 5:26-cv-01573-FLA (SP)

**ORDER ACCEPTING IN PART FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 25]**

Pursuant to 28 U.S.C. § 636, the court has reviewed and considered Petitioner Cristian Ivan Fajardo Torres' ("Petitioner," A# 249-395-771) Petition for Writ of *Habeas Corpus* ("Petition," Dkt. 1), the First Amended Petition ("FAP," Dkt. 16), Respondents' Responses to the Petition and FAP (Dkts. 6, 17), the Report and Recommendation of the United States Magistrate Judge ("Report," Dkt. 25), Petitioner's Limited Objection to the Report ("Objection," Dkt. 27), and all relevant portions of the docket. Respondents did not file objections to the Report.

"Petitioner objects only to the recommended remedy," and argues "[a] remand for another bond hearing will not meaningfully remedy the ongoing deprivation of liberty, and it creates a substantial risk of further unlawful detention through

additional agency proceedings and automatic-stay mechanisms." Dkt. 27 at 1. Petitioner's Objection merely restates arguments presented in his Reply in support of the FAP (*compare* Dkt. 27 at 2–5 *with* Dkt. 18 at 3–4, 8–10), which were addressed by the Magistrate Judge in the Report. Having reviewed and considered *de novo* the portions of the Report to which Petitioner objects, the court finds the recommended relief of a new individualized bond hearing is appropriate for the reasons stated in the Report. Dkt. 25 at 10–11.

Accordingly, the court ACCEPTS and ADOPTS the findings and recommendation of the Magistrate Judge in part, OVERRULES Petitioner's Objection thereto, and ORDERS as follows:

(1) Respondents are ENJOINED from continuing to detain Petitioner Cristian Ivan Fajardo Torres (A# 249-395-771) unless he is provided a new individualized bond hearing, within seven (7) days of the docketing of this Order (unless a continuance of the hearing is granted at Petitioner's request), at which Petitioner is afforded an opportunity to be heard in *pro se* or through counsel prior to any bond decision and that complies with the requirements of due process and all applicable statutes and regulations;

(2) Respondents shall provide a physical copy of this order to Petitioner within one (1) day of the docketing of this Order;

(3) Respondents shall file a status report no later than ten (10) days from the docketing of this Order regarding their compliance with this Order and identifying the outcome of the bond hearing, if one was provided; and

(4) All pending Applications (Dkts. 10, 11, 21, 23) are DENIED as moot.

IT IS SO ORDERED.

Dated: August 31, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge