JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN IVAN FAJARDO TORRES,<br>Petitioner,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Respondents. | Case No. 5:26-cv-01573-FLA (SP)<br>**JUDGMENT** |

Pursuant to the Order Accepting in part Findings and Recommendation of United States Magistrate Judge (Dkt. 29), the court GRANTS the First Amended Petition for Writ of Habeas Corpus (Dkt. 16) in the alternative and ENTERS Judgment in Petitioner Christian Ivan Fajardo Torres' (A# 249-395-771) favor.

IT IS SO ORDERED and ADJUDGED.

Dated: November 17, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge